2

Complaint, P.46

Int. Cls.: **14 and 25**

Prior U.S. Cls.: **2, 22, 27, 28, 39 and 50**

Reg. No. 3,135,603

**United States Patent and Trademark Office**

Registered Aug. 29, 2006

Corrected

OG Date Jan. 1, 2008

## TRADEMARK
## PRINCIPAL REGISTER

# Ed Hardy

HARDY LIFE, LLC (CALIFORNIA LTD LIAB CO)
849 S. BROADWAY, SUITE 1102
LOS ANGELES, CA 90014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME SHOWN IN THE MARK IDENTIFIES DON ED HARDY, WHOSE CONSENT TO REGISTER IS MADE OF RECORD.

FOR: BELT BUCKLES OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-30-2003; IN COMMERCE 9-30-2003.

FOR: CLOTHING, NAMELY, SHORTS, DRESSES, JUMPERS, SHIRTS, BLOUSES, JACKETS, COATS, T-SHIRTS, SWEATPANTS, SWEATSHORTS, UNDERWEAR, SLEEPWEAR, LOUNGEWEAR, SWIMWEAR, WET SUITS, OVERALLS, COVERALLS, SKI WEAR, VESTS, SWEATERS, LEGGINGS, NECKWEAR, BELTS, SUSPENDERS, CLOTH BIBS, WRISTBANDS, FOOTWEAR, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-2003; IN COMMERCE 9-30-2003.

SER. NO. 78-704,574, FILED 8-31-2005.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 1, 2008.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Exhibit 2

Complaint, P.47