| | |
|---|---|
| 1 | RITA W. SIAMAS (State Bar No. 232396) |
| | rsiamas@mwe.com |
| 2 | ELLIOT SILVERMAN (State Bar No. 222235) |
| | esilverman@mwe.com |
| 3 | McDERMOTT WILL & EMERY LLP |
| | 18191 Von Karman Avenue |
| 4 | Suite 500 |
| | Irvine, CA  92612-7108 |
| 5 | Telephone:  949.851.0633 |
| | Facsimile:   949.851.9348 |
| 6 | |
| 7 | JOHN J. DABNEY (Pro Hac Vice Pending) |
| | jdabney@mwe.com |
| 8 | McDERMOTT WILL & EMERY LLP |
| | 600 Thirteenth Street, N.W. |
| 9 | Washington, D.C.  20005-3096 |
| | Telephone:  202.756.8000 |
| 10 | Facsimile:   202.756.8087 |
| | jdabney@mwe.com |
| 11 | Attorneys for Plaintiff |
| | HARDY LIFE, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HARDY LIFE, LLC, a California limited liability company, | CASE NO.  CV08 03524 PA (CTx) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65(a)** |
| v. | |
| NERVOUS TATTOO, INC., a California corporation; CHRISTIAN AUDIGIER, INC., a California corporation; SHOP CRYSTAL ROCK, a California business entity; BACKSTAGE WEB, INC., a California Corporation; SHOP ON STAGE, Inc., a California Corporation; CHRISTIAN AUDIGIER, a California resident, and Does 1-10, inclusive, | [Courtroom of the Honorable Percy Anderson] |
| | Date:     July 7, 2008 |
| | Time:     1:30 p.m. |
| | Place:    Ctrm. 15 |
| | [Plaintiff's Memorandum of Points and Authorities in Support of the Motion for Preliminary Injunction Pursuant to Federal Rule of Civil Procedure 65(a); Declaration of Donald Edward Hardy; Declaration of Steven Hoel; and [Proposed] Order submitted concurrently herewith] |
| Defendants. | |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** — - 1 - — (No. CV08 03524 PA (CTx))

**TO DEFENDANTS AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that on Monday, July 7, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled Court, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff Hardy Life, LLC ("Plaintiff") will and hereby does move for an order granting a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 65-1.

Plaintiff seeks an order granting a preliminary injunction against Defendants Nervous Tattoo, Inc.; Christian Audigier, Inc.; Shop Crystal Rock; Backstage Web, Inc., Shop on Stage, Inc., Christian Audigier (collectively, "Defendants"), and each of their respective partners, owners, officers, directors, associates, agents, servants, and employees, and all others acting in concert therewith or having knowledge thereof, as follows:

1. Enjoining Defendants from using Plaintiff's DON ED HARDY® and ED HARDY® trademarks ("Plaintiff's Registered Trademarks") in combination with any other trademark, term, symbol or design, including but not limited to, use of the Unauthorized Tagline, "Ed Hardy by Christian Audigier," and/or using Plaintiff's Registered Trademarks in any combination with the name "Christian Audigier," in connection with the importing, exporting, manufacture, distribution, advertisement, promotion or sales of any products;

2. Enjoining Defendants from entering into any sublicenses for any Ed Hardy brand products not authorized by Plaintiff, including but not limited to, sublicenses for (a) men's and women's tops; (b) headwear, including helmets; and (c) printed paper (coated or uncoated) and cardboard, including but not limited to, air fresheners made from paper or cardboard, and stationary and school supplies;

3. Enjoining Defendants from importing, exporting, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying, or otherwise disposing of any products that bear any copies of, or derivative works based upon, Plaintiff's Registered Artwork,

including but not limited to products sold under Defendants' "Christian Audigier," "Crystal Rock," and "SMET," brands;

4. Requiring Defendants NT and Audigier to send certified letters, return-receipt requested, in a form and format acceptable to Plaintiff, within ten (10) business days from the date of the Order to each of the companies it has entered into sublicense agreements with for the manufacture and distribution of Ed Hardy brand merchandise, attaching the Order and instructing the sublicensees to immediately cease the creation, distribution, advertisement, promotion, offer for sale, and sales, of any merchandise bearing Plaintiff's Registered Marks or similar marks, alone or in combination with any other trademark, term, symbol or design;

5. Requiring Defendants to file with the Court and serve upon Plaintiff, a sworn Certification of Compliance within thirty (30) days from the date of an Order for Preliminary Injunction.

Plaintiff is entitled to the relief sought on the grounds that: (a) Plaintiff has a substantial likelihood of prevailing on its claims for copyright infringement, trademark counterfeiting, and trademark infringement; (b) Plaintiff is suffering, and will continue to suffer irreparable harm unless this preliminary injunction is granted, due to Defendants' misappropriation of Plaintiff's copyrights and trademarks; (c) the harm Plaintiff will suffer if injunctive relief is denied far outweighs any harm which Defendants would suffer if the requested relief is granted; and (d) an injunction serves the public interest in preventing consumer confusion and fraud.

Local Rule 7-3 of the United States District Court for the Central District of California does not require that a party conduct a conference of counsel prior to filing a motion for a preliminary injunction. Accordingly, no such conference has occurred.

1  This Motion is based upon this Notice of Motion and Motion, the
2  accompanying Memorandum of Points and Authorities filed concurrently herewith,
3  the Complaint and supporting exhibits filed concurrently herewith, the attached
4  Declarations of Donald Edward Hardy and Steven Hoel and all exhibits attached
5  thereto, any supplemental memoranda that may be filed by the parties, all
6  pleadings, papers and records filed in this action, the argument of counsel, and
7  further evidence as the Court may consider at or before the hearing of this Motion.

Dated: June 2, 2008

Rita W. Siamas
Elliot Silverman
John J. Dabney
McDERMOTT WILL & EMERY LLP

By: /s/ Elliot Silverman
ELLIOT SILVERMAN

Attorneys for Plaintiff
HARDY LIFE, LLC

ORC 440528-1.080717.0011

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**     - 3 -     (No. CV08 03524 PA (CTx))