# EXHIBIT 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1–428–681**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

JUNE 19 2008
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of Work ▼**
Ed Hardy's Devil Woman

| **Registration Number of the Basic Registration ▼** | **Year of Basic Registration ▼** |
| VA 1-630-425 | 2008 |

| **Name(s) of Author(s) ▼** | **Name(s) of Copyright Claimant(s) ▼** |
| Donald Edward Hardy | Donald Edward Hardy |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number ___4___    Line Heading or Description   Copyright Claimant, Transfer

**Incorrect Information as It Appears in Basic Registration ▼**
Transfer line left blank

Donald Edward Hardy, 700 Lombard Street, San Francisco, CA 94133.

**Corrected Information ▼**
Transfer line: By Assignment

Hardy Life, LLC, 849 S Broadway, Suite 1102, Los Angeles, CA 90014.

**Explanation of Correction ▼**

The author, Donald Edward Hardy, assigned the work to Hardy Life, LLC prior to the filing of the initial copyright application, and thus Hardy Life, LLC should have been listed as the copyright claimant

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____    Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions  • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

\* Added by C.O. from phone call to
John Dabney (authorized agent of
Hardy Life, LLC) on 6/26/08.

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| 6/19/08 | | |
| FUNDS RECEIVED DATE | | |
| | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES   ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent

Phone ( 202 ) 756-8343            Fax ( 202 ) 756-8087            Email  jdabney@mwe.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the (Check only one)

☐ author

☐ other copyright claimant   ☑ duly authorized agent of   ☐ owner of exclusive right(s)        **Hardy Life, LLC**

                                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼   DON ED HARDY                    Date ▼ 12 june 2008

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ John J Dabney c/o McDermott Will & Emery LLP | |
|---|---|---|
| | Number/Street/Apt ▼ 600 13th Street NW | |
| | City/State/ZIP ▼ Washington, DC  20005-3096 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-428-683**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*June 19 2008*
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
Koi Swimming in Flowers and Black Waves

**Registration Number of the Basic Registration ▼**
VA 1-630-415

**Year of Basic Registration ▼**
2008

**Name(s) of Author(s) ▼**
Donald Edward Hardy

**Name(s) of Copyright Claimant(s) ▼**
Donald Edward Hardy

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number   4      Line Heading or Description   Copyright Claimant, Transfer

**Incorrect Information as It Appears in Basic Registration ▼**

Donald Edward Hardy, 700 Lombard Street, San Francisco, CA 94133 .

Transfer line left blank.

**Corrected Information ▼**

Hardy Life, LLC, 849 S Broadway, Suite 1102, Los Angeles, CA 90014 .

Transfer line: By Assignment

**Explanation of Correction ▼**

The author, Donald Edward Hardy, assigned the work to Hardy Life, LLC prior to the filing of the initial copyright application, and thus Hardy Life, LLC should have been listed as the copyright claimant

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number      Line Heading or Description

**Amplified Information and Explanation of Information ▼**

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

First Amended Complaint, P.30

\* Added by C.O. fromphone call to
John Dabney (authorized agent of
Hardy LIfe, LLC) on 6/26/08.

| | FORM CA |
|---|---|
| FORM CA RECEIVED | |
| 6/19/08 | |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B *or* ❑ Part C

Correspondence: Give name and address to which correspondence about this application should be sent

Phone ( 202 )  756-8343 _____ Fax (202)  756-8087 _____ Email  jdabney@mwe.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

**Certification\*** I the undersigned, hereby certify that I am the  (Check only one)

❑ author                    ❑ owner of exclusive right(s)     Hardy Life, LLC
❑ other copyright claimant  ☑ duly authorized agent of  _____
                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  DON ED HARDY          Date ▼ June 12, 2008

Handwritten signature (X) ▼  *Don Ed Hardy*

| Certificate will be mailed in window envelope to this address: | Name ▼ John J. Dabney c/o McDermott Will & EMery LLP | YOU MUST: • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼  600 13th Street NW | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼  Washington, DC 20005-3096 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S E Washington, D C 20559-6000 |

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REC

**VA 1−428−679**

NUMBER 14206-798

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*June 19 2008*
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE   IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Title of Work ▼
Koi Swimming in Flowers and Blue Waves

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-630-430 | 2008 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Donald Edward Hardy | Donald Edward Hardy |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___4___   Line Heading or Description   Copyright Claimant ,   Transfer

Incorrect Information as It Appears in Basic Registration ▼                    Transfer line left blank

Donald Edward Hardy, 700 Lombard Street, San Francisco, CA 94133.

Corrected Information ▼                    Transfer line:
By Assignment

Hardy Life, LLC, 849 S Broadway, Suite 1102, Los Angeles, CA 90014 .

Explanation of Correction ▼

The author, Donald Edward Hardy, assigned the work to Hardy Life, LLC prior to the filing of the initial copyright application, and thus Hardy Life, LLC should have been listed as the copyright claimant

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions    • Sign the form at Space F

**DO NOT WRITE HERE**
Page 1 of ___ pages

*Added by C.O. from phone call to
John Dabney (authorized agent of
Hardy Life, LLC) on 6/26/08.

| | FORM CA |
|---|---|
| FORM CA RECEIVED | |
| 6/19/08 | |
| FUNDS RECEIVED DATE | |
| | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❏ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ❏ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❏ Part B *or* ❏ Part C

Correspondence: Give name and address to which correspondence about this application should be sent

Phone ( 202 )   756-8343 ___ Fax (202)  756-8087 ___ Email jdabney@mwe.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ___

Account Number ___

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
❏ author
❏ owner of exclusive right(s)
❏ other copyright claimant  ☒ duly authorized agent of ___ Hardy Life, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ DON ED HARDY          Date ▼ 12 June 2008

Handwritten signature (X) ▼ Don Ed Hardy

| Certificate will be mailed in window envelope to this address: | Name ▼ John J. Dabney c/o McDermott Will & Emery LLP |
|---|---|
| | Number/Street/Apt ▼ 600 13th Street NW |
| | City/State/ZIP ▼ Washington, DC 20005-3096 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-428-682**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

June 19 2008
Month Day Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
Once Wounded Twice Shy - Dagger Through Heart

**Registration Number of the Basic Registration ▼**
VA 1-630-427

**Year of Basic Registration ▼**
2008

**Name(s) of Author(s) ▼**
Donald Edward Hardy

**Name(s) of Copyright Claimant(s) ▼**
Donald Edward Hardy

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number __4__      Line Heading or Description  Copyright Claimant, Transfer

**Incorrect Information as It Appears in Basic Registration ▼**         Transfer Line left blank

Donald Edward Hardy, 700 Lombard Street, San Francisco, CA  94133

**Corrected Information ▼**         Transfer line: By Assignment

Hardy Life, LLC, 849 S  Broadway, Suite 1102, Los Angeles, CA  90014

**Explanation of Correction ▼**

The author, Donald Edward Hardy, assigned the work to Hardy Life, LLC prior to the filing of the initial copyright application, and thus Hardy Life, LLC should have been listed as the copyright claimant

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____     Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page
                • See detailed instructions    • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

\* Added by C.O. from phone call to
John Dabney (authorized agent of
Hardy Life, LLC) on 6/26/08.

| | FORM CA RECEIVED | FORM CA |
| --- | --- | --- |
| | 6/19/08 | |
| | FUNDS RECEIVED DATE | |
| | | |
| | EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ☐ | |
| | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent

Phone ( 202 ) 756-8343 _____ Fax ( 202 )    756-8087 _____ Email  jdabney@mwe.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of    Hardy Life, LLC
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

| Typed or printed name ▼  DON ED HARDY | Date ▼  12 june 2008 |
| --- | --- |

Handwritten signature (X) ▼  *Don Ed Hardy*

| Certificate will be mailed in window envelope to this address: | Name ▼  John J. Dabney c/o McDermott Will & Emery LLP |
| --- | --- |
| | Number/Street/Apt ▼  600 13th Street NW |
| | City/State/ZIP ▼  Washington, DC 20005-3096 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-428-678**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*June 19 2008*
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
Three Vintage Roses With Buds

| **Registration Number of the Basic Registration ▼** | **Year of Basic Registration ▼** |
|---|---|
| VA 1-630-423 | 2008 |
| **Name(s) of Author(s) ▼** Donald Edward Hardy | **Name(s) of Copyright Claimant(s) ▼** Donald Edward Hardy |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number  4     Line Heading or Description  Copyright Claimant, Transfer

**Incorrect Information as It Appears in Basic Registration ▼**

Donald Edward Hardy, 700 Lombard Street, San Francisco, CA  94133 •    Transfer line left blank

**Corrected Information ▼**

Hardy Life, LLC, 849 S  Broadway, Suite 1102, Los Angeles, CA  90014    Transfer Line: By Assignment

**Explanation of Correction ▼**

The author, Donald Edward Hardy, assigned the work to Hardy Life, LLC prior to the filing of the initial copyright application, and thus Hardy Life, LLC should have been listed as the copyright claimant

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____   Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

First Amended Complaint, P.36

*Added by C.O. from phone call
to John Dabney (authorized agent
of Hardy Life, LLC) on
6/26/08.

FORM CA RECEIVED

6/19/08

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

FOR
COPYRIGHT
OFFICE
USE
ONLY

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☒ YES  ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent

Phone 202 , 756-8343          Fax ( 202    756-8087        Email jdabney@mwe.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of   Hardy Life, LLC
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  DON ED HARDY          Date ▼ 12 Jun 2008

Handwritten signature (X) ▼  Don Ed Hardy

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
John J. Dabney c/o McDermott Will & Emery LLP
Number/Street/Apt ▼
600 13th Street NW
City/State/ZIP ▼
Washington, DC 20005-3096

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F

**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1 Application Form
2 Nonrefundable filing fee in check or
  money order payable to *Register of
  Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1−428−680

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

6         19        2008
Month    Day      Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
Vintage Rose Vine With Two Roses

Registration Number of the Basic Registration ▼
VA 1-630-598

Year of Basic Registration ▼
2008

Name(s) of Author(s) ▼
Donald Edward Hardy

Name(s) of Copyright Claimant(s) ▼
Donald Edward Hardy

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___4___          Line Heading or Description  Copyright Claimant , Transfer

Incorrect Information as It Appears in Basic Registration ▼

Donald Edward Hardy, 700 Lombard Street, San Francisco, CA 94133 .    Transfer line left blank

Corrected Information ▼

Hardy Life, LLC, 849 S  Broadway, Suite 1102, Los Angeles, CA  90014 .    Transfer line: By Assignment

Explanation of Correction ▼

The author, Donald Edward Hardy, assigned the work to Hardy Life, LLC prior to the filing of the initial copyright application, and thus Hardy Life, LLC should have been listed as the copyright claimant

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page   • See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ____ pages

\* Added by C.O. from phone call to
John Dabney (authorized agent of
Hardy Life, LLC) on 6/26/08.

| | FORM CA |
|---|---|
| FORM CA RECEIVED | |
| 6/19/08 | |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B *or* ❑ Part C

---

**Correspondence:** Give name and address to which correspondence about this application should be sent

Phone ( 202 ) 756-8343       Fax ( 202 ) 756-8087       Email jdabney@mwe.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the  (Check only one)
❑ author                    ❑ owner of exclusive right(s)
❑ other copyright claimant    ☑ duly authorized agent of ___ Hardy Life, LLC ___
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

| Typed or printed name ▼ DON ED HARDY | Date ▼ 12 June 2008 |
|---|---|

Handwritten signature (X) ▼ *Don Ed Hardy*

| Certificate will be mailed in window envelope to this address: | Name ▼ John J. Dabney c/o McDermott Will & Emery LLP |
|---|---|
| | Number/Street/Apt ▼ 600 13th Street NW |
| | City/State/ZIP ▼ Washington, DC 20005-3096 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-356-562**

EFFECTIVE DATE OF REGISTRATION

Feb 15 2006
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

**BATTLE**

NATURE OF THIS WORK ▼ See Instructions

2-Dimensional Artwork - Fabric Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

Donald Edward Hardy

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1945

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   United States
     { Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     { Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1989
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month JUNE   Day 01   Year 1990
UNITED STATES                Nation

**4**

See Instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Donald Edward Hardy
1801 Century Park East, Suite 1201
Los Angeles CA 90067

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 15 2006
ONE DEPOSIT RECEIVED
FEB 15 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | STI | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a   See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donald Edward Hardy c/o Novian & Novian
1801 Century Park East, Suite 1201
Los Angeles, CA 90067

Area code and daytime telephone number ( 310 ) 553-1222     Fax number ( 310 ) 553-0222
Email  farhad@novianlaw.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Donald Edward Hardy**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
William R.H. Mosher     Date February 14, 2006

Handwritten signature (X) ▼
x   RH Mosh

| Certificate will be mailed in window envelope to this address: | Name ▼ Donald Edward Hardy c/o Novian & Novian | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 1801 Century Park East, Suite 1201 | |
| | City/State/ZIP ▼ Los Angeles, CA 90067 | |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊚ Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/60,029

First Amended Complaint,
P.41

**Additional Certificate (17 U.S.C. 706)**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 699 – 106**

EFFECTIVE DATE OF REGISTRATION

**FEB 1 5 2006**
Month            Day            Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

**BULLDOG**

**NATURE OF THIS WORK ▼** See instructions

2-Dimensional Artwork - Fabric Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Donald Edward Hardy

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼
1945

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of          United States
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼          Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?      ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

## 3

**a**

**Year in Which Creation of This Work Was Completed**
**2004**          This information must be given          Year in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information          Month          Day          Year
ONLY if this work
has been published.          Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Donald Edward Hardy
1801 Century Park East, Suite 1201
Los Angeles, CA 90067

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**FEB 1 3 2006**

ONE DEPOSIT RECEIVED
**FEB 1 5 2006**

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a  *See instructions before completing this space.*

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donald Edward Hardy c/o Novian & Novian
1801 Century Park East, Suite 1201
Los Angeles, CA 90067

b

Area code and daytime telephone number  ( 310 ) 553-1222          Fax number  ( 310 ) 553-0222

Email  farhad@novianlaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Donald Edward Hardy
*Name of author or other copyright claimant, or owner of exclusive right(s)* ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

William R.H. Mosher          Date  February 14, 2006

Handwritten signature (X) ▼

x _____

| | | |
|---|---|---|
| **Certificate will be mailed in window envelope to this address:** | **Name** ▼<br>Donald Edward Hardy c/o Novian & Novian<br>**Number/Street/Apt** ▼<br>1801 Century Park East, Suite 1201<br>**City/State/ZIP** ▼<br>Los Angeles, CA 90067 | • Complete all necessary spaces<br>• Sign your application in space 8<br><br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br><br>*Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000* |

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

**Additional Certificate (17 U.S.C. 706)**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VAu 699 – 105**

EFFECTIVE DATE OF REGISTRATION

**FEB 15 2006**
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

**DEVIL WITH PITCHFORK**

**NATURE OF THIS WORK ▼** See instructions

2-Dimensional Artwork - Fabric Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**
Donald Edward Hardy

**DATES OF BIRTH AND DEATH**
Year Born ▼   1945      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   United States
     { Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
     { Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

## 3

**a**  **Year in Which Creation of This Work Was Completed**   1971
This information must be given   Year in all cases.

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation _____

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Donald Edward Hardy
1801 Century Park East, Suite 1201
Los Angeles, CA 90067

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
**FEB 15 2006**
ONE DEPOSIT RECEIVED
**FEB 15 2006**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE*
*OFFICE USE ONLY*

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____  Account Number ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donald Edward Hardy c/o Novian & Novian
1801 Century Park East, Suite 1201
Los Angeles, CA 90067

Area code and daytime telephone number  ( 310 ) 553-1222     Fax number     ( 310 ) 553-0222

Email   farhad@novianlaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Donald Edward Hardy

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

William R.H. Mosher     Date  February 14, 2006

Handwritten signature (X) ▼

x _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Donald Edward Hardy c/o Novian & Novian | **9** |
|---|---|---|
| | Number/Street/Apt ▼<br>1801 Century Park East, Suite 1201 | |
| | City/State/ZIP ▼<br>Los Angeles, CA 90067 | |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/60,029



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

## APPLICATION FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

## 1 WORK BEING REGISTERED

**1a. \* Type of work being registered** *(Fill in one only)*

- ☐ Literary work
- ☒ Visual arts work
- ☐ Sound recording
- ☐ Performing arts work
- ☐ Motion picture/audiovisual work
- ☐ Single serial issue

*ApplicationForCopyrightRegistration*

**1b. \* Title of this work** *(one title per space)*

Don Ed Hardy's Tattoo Designs - November 2004

*WorkTitles*

**1c.** For a serial issue:  Volume [ ]  Number [ ]  Issue [ ]  ISSN [ ]

**1d.** Previous or alternative title

[ ]

**1e. \* Year of completion**  | 2 | 0 | 0 | 4 |

**Publication** *(If this work has not been published, skip to Section 2)*

**1f.** Date of publication  11/20/2004  *(mm/dd/yyyy)*   **1g.** ISBN [ ]

**1h.** Nation of publication   ☒ United States   ☐ Other

**1i.** Published as a contribution in a larger work entitled

[ ]

**1j.** If line 1i above names a serial issue   Volume [ ]  Number [ ]  Issue [ ]

**1k.** If work was preregistered   Number PRE-[ ][ ][ ][ ][ ][ ]

**For Office Use Only**

*WorkBeingRegistered*

**Privacy Act Notice**
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.46



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

## 2 AUTHOR INFORMATION

**2a.** Personal name    `* complete either 2a or 2b`

First Name: Donald
Middle: Edward
Last: Hardy

**2b.** Organization name

**2c.** Doing business as

**2d.** Year of birth  | 1 | 9 | 4 | 5 |    **2e.** Year of death

**2f. ***  [x] Citizenship   [x] United States   [ ] Other
         [ ] Domicile      [ ] United States   [ ] Other

**2g.** Author's contribution:   [ ] Made for hire   [ ] Anonymous
                                 [ ] Pseudonymous

### Continuation of Author Information

**2h. *** This author created  *(Fill in only the authorship that applies to this author)*

[ ] Text                    [ ] Compilation           [ ] Map/technical drawing   [ ] Music
[ ] Poetry                  [ ] Sculpture             [ ] Architectural work      [ ] Lyrics
[ ] Computer program        [ ] Jewelry design        [ ] Photography             [ ] Motion picture/audiovisual
[ ] Editing                 [x] 2-dimensional artwork  [ ] Script/play/screenplay  [ ] Sound recording/performance

Other:

**For Office Use Only**

AuthorInformation

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Page 2 of 7

First Amended Complaint,
P.47



UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

---

## 3 COPYRIGHT CLAIMANT INFORMATION

**First Claimant**   ❚ * complete either 3a or 3b

**3a.** Personal name

| First Name | Middle | Last |
|---|---|---|
| | | |

**3b.** Organization name

Hardy Life, LLC

**3c.** Doing business as

**3d.** Street address (line 1)

849 S. Broadway

Street address (line 2)

Suite 1102

| City | State | ZIP / Postal code | Country |
|---|---|---|---|
| Los Angeles | California | 90014 | United States |

| Email | Phone number |
|---|---|
| hotei13@gmail.com | (310) 901-1735 |

**3e.** If claimant is **not** an author, copyright ownership acquired by:   ☐ Written agreement   ☐ Will or inheritance   ☒ Other

Other   By assignment.

---

**For Office Use Only**

CopyrightClaimantInformation

---

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.48



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

## 4 LIMITATION OF COPYRIGHT CLAIM   Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)*

☐ Text   ☐ Artwork   ☐ Music   ☐ Sound recording/performance   ☐ Motion picture/audiovisual

Other: [                                                        ]

**4b.** Previous registration(s)   Number [                    ]   Year [    ]

Number [                    ]   Year [    ]

**4c.** New material included in this claim *(This work contains new, additional, or revised material)*

☐ Text              ☐ Compilation       ☐ Map/technical drawing   ☐ Music
☐ Poetry            ☐ Sculpture         ☐ Architectural work       ☐ Lyrics
☐ Computer program  ☐ Jewelry design    ☐ Photography              ☐ Motion picture/audiovisual
☐ Editing           ☐ 2-dimensional artwork   ☐ Script/play/screenplay   ☐ Sound recording/performance

Other: [                                                        ]

| For Office Use Only | LimitationOfCopyrightClaim |
|---|---|

## 5 RIGHTS AND PERMISSIONS CONTACT

☒ Check if information below should be copied from the **first** copyright claimant

First Name [                    ]   Middle [                    ]   Last [                    ]

Name of organization
Hardy Life, LLC

Street address
849 S. Broadway

Street address (line 2)
Suite 1102

City
Los Angeles

State
CA

ZIP / Postal code
90014

Country
United States

Email
hotei13@gmail.com

Phone Number
(310) 901-1735

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.49

 **UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

| For Office Use Only |  |
|---|---|

RightsAndPermissionsContact

# 6 CORRESPONDENCE CONTACT

☐ Copy from **first** copyright claimant   ☐ Copy from rights and permissions contact

| * First Name | Middle | * Last |
|---|---|---|
| Rita | | Siamas |

Name of organization
McDermott Will & Emery LLP

* Street address
600 13th Street, N.W.

Street address (line 2)

| * City | State | ZIP / Postal code | Country |
|---|---|---|---|
| Washington | DC | 20005-3096 | United States |

| * Email | * Daytime phone number |
|---|---|
| rsiamas@mwe.com | (202) 756-8092 |

| For Office Use Only | |
|---|---|

CorrespondenceContact

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Page 5 of 7



**UNITED STATES COPYRIGHT OFFICE**

# Form CO · Application for Copyright Registration

---

## 7 MAIL CERTIFICATE TO:

☐ Copy from **first** copyright claimant    ☐ Copy from rights and permissions contact    ☒ Copy from correspondence contact

| * First Name | Middle | * Last |
|---|---|---|
| Rita | | Siamas |

Name of organization

McDermott Will & Emery LLP

* Street address

600 13th Street, N.W.

Street address (line 2)

| * City | State | ZIP / Postal code | Country |
|---|---|---|---|
| Washington | DC | 20005-3096 | United States |

| **For Office Use Only** | |
|---|---|
| | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |
| | MailCertificateTo |

---

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.51

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.



**8a.** Handwritten signature

Donald Edward Hardy

**8b.** Printed name

**8c.** Date signed  *July 31, 2008*

**8d.** Deposit account number          Account holder

**8e.** Applicant's internal tracking number (optional)

---

| For Office Use Only | |
|---|---|

Certification

**What are these barcodes for?**

The Adobe® LiveCycle® Barcoded Forms bar-codes provide a facility to automate the extraction of data from paper forms and deliver it to core systems for processing. This dramatically reduces costs, **errors**, and time compared to manual data entry and solutions based on optical character recognition (OCR).

---

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

## APPLICATION FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

# 1 WORK BEING REGISTERED

**1a. \*** Type of work being registered (*Fill in one only*)

☐ Literary work  ☐ Performing arts work
☒ Visual arts work  ☐ Motion picture/audiovisual work
☐ Sound recording  ☐ Single serial issue

**1b. \*** Title of this work (*one title per space*)

Don Ed Hardy's Tattoo Designs - October 2005

ApplicationForCopyrightRegistration

WorkTitles

**1c.** For a serial issue:  Volume [        ]  Number [        ]  Issue [                ]  ISSN [            ]

**1d.** Previous or alternative title

[                                                                              ]

**1e. \*** Year of completion   [2] [0] [0] [5]

**Publication** (*If this work has not been published, skip to Section 2*)

**1f.** Date of publication  [10/30/2005]  (mm/dd/yyyy)  **1g.** ISBN [                        ]

**1h.** Nation of publication  ☒ United States  ☐ Other

**1i.** Published as a contribution in a larger work entitled

[                                                                              ]

**1j.** If line 1i above names a serial issue  Volume [        ]  Number [        ]  Issue [            ]

**1k.** If work was preregistered  Number PRE- [  ][  ][  ][  ][  ][  ][  ][  ]

**For Office Use Only**

WorkBeingRegistered

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Page 1 of 7

First Amended Complaint,
P.53



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

---

## 2 AUTHOR INFORMATION

**2a.** Personal name   `* complete either 2a or 2b`

First Name
Donald

Middle
Edward

Last
Hardy

**2b.** Organization name

**2c.** Doing business as

**2d.** Year of birth  `1` `9` `4` `5`   **2e.** Year of death

**2f.** ☒ Citizenship   ☒ United States   ☐ Other
☐ Domicile   ☐ United States   ☐ Other

**2g.** Author's contribution:   ☐ Made for hire   ☐ Anonymous
☐ Pseudonymous

**Continuation of Author Information**

**2h.** * This author created  *(Fill in only the authorship that applies to this author)*

☐ Text
☐ Poetry
☐ Computer program
☐ Editing

☐ Compilation
☐ Sculpture
☐ Jewelry design
☒ 2-dimensional artwork

☐ Map/technical drawing
☐ Architectural work
☐ Photography
☐ Script/play/screenplay

☐ Music
☐ Lyrics
☐ Motion picture/audiovisual
☐ Sound recording/performance

Other:

---

**For Office Use Only**

AuthorInformation

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.54



UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

## 3 COPYRIGHT CLAIMANT INFORMATION

**First Claimant**   *complete either 3a or 3b*

**3a.** Personal name

| First Name | Middle | Last |
|---|---|---|
| | | |

**3b.** Organization name
Hardy Life, LLC

**3c.** Doing business as

**3d.** Street address (line 1)
849 S. Broadway

Street address (line 2)
Suite 1102

| City | State | ZIP / Postal code | Country |
|---|---|---|---|
| Los Angeles | California | 90014 | United States |

| Email | Phone number |
|---|---|
| hotei13@gmail.com | (310) 901-1735 |

**3e.** If claimant is **not** an author, copyright ownership acquired by:  ☐ Written agreement  ☐ Will or inheritance  ☒ Other

Other   By assignment.

---

**For Office Use Only**

CopyrightClaimantInformation

---

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.55

UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

## 4 LIMITATION OF COPYRIGHT CLAIM                                    Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)*

☐ Text    ☐ Artwork    ☐ Music    ☐ Sound recording/performance    ☐ Motion picture/audiovisual

Other: [ ]

**4b.** Previous registration(s)    Number [ ]    Year [ ]

Number [ ]    Year [ ]

**4c.** New material included in this claim *(This work contains new, added, or revised material)*

| | | | |
|---|---|---|---|
| ☐ Text | ☐ Compilation | ☐ Map/technical drawing | ☐ Music |
| ☐ Poetry | ☐ Sculpture | ☐ Architectural work | ☐ Lyrics |
| ☐ Computer program | ☐ Jewelry design | ☐ Photography | ☐ Motion picture/audiovisual |
| ☐ Editing | ☐ 2-dimensional artwork | ☐ Script/play/screenplay | ☐ Sound recording/performance |

Other: [ ]

For Office Use Only

LimitationOfCopyrightClaim

## 5 RIGHTS AND PERMISSIONS CONTACT

☒ Check if information below should be copied from the **first** copyright claimant

First Name [ ]    Middle [ ]    Last [ ]

Name of organization
Hardy Life, LLC

Street address
849 S. Broadway

Street address (line 2)
Suite 1102

City: Los Angeles    State: CA    ZIP / Postal code: 90014    Country: United States

Email: hotei13@gmail.com    Phone Number: (310) 901-1735

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.56



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

| For Office Use Only |  |
|---|---|
| | RightsAndPermissionsContact |

## 6 CORRESPONDENCE CONTACT

☐ Copy from **first** copyright claimant    ☐ Copy from rights and permissions contact

| * First Name | Middle | * Last |
|---|---|---|
| Rita | | Siamas |

Name of organization
McDermott Will & Emery LLP

* Street address
600 13th Street, N.W.

Street address (line 2)


| * City | State | ZIP / Postal code | Country |
|---|---|---|---|
| Washington | DC | 20005-3096 | United States |

| * Email | * Daytime phone number |
|---|---|
| rsiamas@mwe.com | (202) 756-8092 |

| For Office Use Only | |
|---|---|
| | CorrespondenceContact |

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.57



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

## 7 MAIL CERTIFICATE TO:

☐ Copy from **first** copyright claimant    ☐ Copy from rights and permissions contact    ☒ Copy from correspondence contact

| * First Name | Middle | * Last |
|---|---|---|
| Rita | | Siamas |

Name of organization

McDermott Will & Emery LLP

* Street address

600 13th Street, N.W.

Street address (line 2)

| * City | State | ZIP / Postal code | Country |
|---|---|---|---|
| Washington | DC | 20005-3096 | United States |

**For Office Use Only**

MailCertificateTo

---

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint, P.58

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.



**8a.** Handwritten signature

Donald Edward Hardy

**8b.** Printed name

July 31, 2008

**8c.** Date signed

**8d.** Deposit account number     Account holder

**8e.** Applicant's internal tracking number (optional)

---

**For Office Use Only**

Certification

**What are these barcodes for?**

The Adobe® LiveCycle® Barcoded Forms bar-codes provide a facility to automate the extraction of data from paper forms and deliver it to core systems for processing. This dramatically reduces costs, **errors,** and time compared to manual data entry and solutions based on optical character recognition (OCR).

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing



**UNITED STATES COPYRIGHT OFFICE**

# Form CO · Application for Copyright Registration

## APPLICATION FOR COPYRIGHT REGISTRATION

\* Designates Required Fields

# 1 WORK BEING REGISTERED

**1a.** \* Type of work being registered (*Fill in one only*)

- ☐ Literary work
- ☐ Performing arts work
- ☒ Visual arts work
- ☐ Motion picture/audiovisual work
- ☐ Sound recording
- ☐ Single serial issue

**1b.** \* Title of this work (*one title per space*)

Don Ed Hardy's Surf Tattoo Designs

**1c.** For a serial issue:   Volume [        ]   Number [        ]   Issue [        ]   ISSN [        ]

**1d.** Previous or alternative title

[                                                                ]

**1e.** \* Year of completion   [2][0][0][5]

**Publication** (*If this work has not been published, skip to Section 2*)

**1f.** Date of publication   [07/30/2005]   (mm/dd/yyyy)   **1g.** ISBN [        ]

**1h.** Nation of publication   ☒ United States   ☐ Other

**1i.** Published as a contribution in a larger work entitled

[                                                                ]

**1j.** If line 1i above names a serial issue   Volume [        ]   Number [        ]   Issue [        ]

**1k.** If work was preregistered   Number PRE-[  ][  ][  ][  ][  ][  ][  ][  ]

**For Office Use Only**

WorkBeingRegistered

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.60



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

## 2 AUTHOR INFORMATION

**2a.** Personal name   `* complete either 2a or 2b`

| First Name | Middle | Last |
|---|---|---|
| Donald | Edward | Hardy |

**2b.** Organization name

**2c.** Doing business as

**2d.** Year of birth  | 1 | 9 | 4 | 5 |     **2e.** Year of death

**2f.** ☒ Citizenship   ☒ United States   ☐ Other
☐ Domicile   ☐ United States   ☐ Other

**2g.** Author's contribution:   ☐ Made for hire   ☐ Anonymous
☐ Pseudonymous

**Continuation of Author Information**

**2h. \*** This author created *(Fill in only the authorship that applies to this author)*

☐ Text           ☐ Compilation      ☐ Map/technical drawing   ☐ Music
☐ Poetry         ☐ Sculpture        ☐ Architectural work      ☐ Lyrics
☐ Computer program ☐ Jewelry design  ☐ Photography            ☐ Motion picture/audiovisual
☐ Editing        ☒ 2-dimensional artwork ☐ Script/play/screenplay ☐ Sound recording/performance

Other:

| **For Office Use Only** | |
|---|---|
| | Authorinformation |

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Page 2 of 7

First Amended Complaint,
P.61



UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

---

## 3 COPYRIGHT CLAIMANT INFORMATION

**First Claimant**   * complete either 3a or 3b

**3a.** Personal name

First Name | Middle | Last
--- | --- | ---
 |  | 

**3b.** Organization name

Hardy Life, LLC

**3c.** Doing business as



**3d.** Street address (line 1)

849 S. Broadway

Street address (line 2)

Suite 1002

City | State | ZIP / Postal code | Country
--- | --- | --- | ---
Los Angeles | CA | 90014 | United States

Email | Phone number
--- | ---
hotei13@gmail.com | (310) 901-1735

**3e.** If claimant is **not** an author, copyright ownership acquired by: ☐ Written agreement  ☐ Will or inheritance  ☒ Other

Other   By assignment.

---

**For Office Use Only**

CopyrightClaimantInformation

---

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint,
P.62



UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

## 4 LIMITATION OF COPYRIGHT CLAIM                    Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)*

☐ Text   ☐ Artwork   ☐ Music   ☐ Sound recording/performance   ☐ Motion picture/audiovisual

Other: [＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

**4b.** Previous registration(s)   Number [＿＿＿＿＿＿＿]   Year [＿＿＿＿]

Number [＿＿＿＿＿＿＿]   Year [＿＿＿＿]

**4c.** New material included in this claim *(This work contains new, additional, or revised material)*

☐ Text              ☐ Compilation          ☐ Map/technical drawing     ☐ Music
☐ Poetry            ☐ Sculpture            ☐ Architectural work        ☐ Lyrics
☐ Computer program  ☐ Jewelry design       ☐ Photography               ☐ Motion picture/audiovisual
☐ Editing           ☐ 2-dimensional artwork ☐ Script/play/screenplay   ☐ Sound recording/performance

Other: [＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

For Office Use Only

LimitationOfCopyrightClaim

## 5 RIGHTS AND PERMISSIONS CONTACT

☒ Check if information below should be copied from the **first** copyright claimant

First Name [＿＿＿＿＿＿＿＿＿]   Middle [＿＿＿＿＿＿＿]   Last [＿＿＿＿＿＿＿]

Name of organization
Hardy Life, LLC

Street address
849 S. Broadway

Street address (line 2)
Suite 1002

City               State       ZIP / Postal code       Country
Los Angeles        CA          90014                   United States

Email                          Phone Number
hotei13@gmail.com              (310) 901-1735

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Page 4 of 7

First Amended Complaint, P.63



UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

| For Office Use Only |  |
|---|---|

RightsAndPermissionsContact

## 6 CORRESPONDENCE CONTACT

☐ Copy from **first** copyright claimant   ☐ Copy from rights and permissions contact

| * First Name | Middle | * Last |
|---|---|---|
| Rita | | Siamas |

Name of organization
McDermott Will & Emery LLP

* Street address
600 13th Street, N.W.

Street address (line 2)

| * City | State | ZIP / Postal code | Country |
|---|---|---|---|
| Washington | DC | 20005-3096 | United States |

| * Email | * Daytime phone number |
|---|---|
| rsiamas@mwe.com | (202) 756-8092 |

| For Office Use Only | |
|---|---|

CorrespondenceContact

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**UNITED STATES COPYRIGHT OFFICE**
# Form CO · Application for Copyright Registration

---

## 7 MAIL CERTIFICATE TO:

☐ Copy from **first** copyright claimant    ☐ Copy from rights and permissions contact    ☒ Copy from correspondence contact

| * First Name | Middle | * Last |
|---|---|---|
| Rita | | Siamas |

Name of organization

McDermott Will & Emery LLP

* Street address

600 13th Street, N.W.

Street address (line 2)

| * City | State | ZIP / Postal code | Country |
|---|---|---|---|
| Washington | DC | 20005-3096 | United States |

**For Office Use Only**


MailCertificateTo

---

**Privacy Act Notice**
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

First Amended Complaint, P.65

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.



**8a.** Handwritten signature

Donald Edward Hardy

July 31, 2008

**8b.** Printed name                                                    **8c.** Date signed

**8d.** Deposit account number          Account holder

**8e.** Applicant's internal tracking number (optional)

---

**For Office Use Only**

[barcode]

Certification

**What are these barcodes for?**

The Adobe® LiveCycle® Barcoded Forms bar-codes provide a facility to automate the extraction of data from paper forms and deliver it to core systems for processing. This dramatically reduces costs, **errors**, and time compared to manual data entry and solutions based on optical character recognition (OCR).

---

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing