1  RITA W. SIAMAS (State Bar No. 232396)
   rsiamas@mwe.com
2  JOHN J. DABNEY (Admitted *Pro Hac Vice*)
   jdabney@mwe.com
3  McDERMOTT WILL & EMERY LLP
   600 Thirteenth Street, N.W.
4  Washington, D.C. 20005-3096
   Telephone: 202.756.8000
5  Facsimile:  202.756.8087

6  ELLIOT SILVERMAN (State Bar No. 222235)
   esilverman@mwe.com
7  McDERMOTT WILL & EMERY LLP
   18191 Von Karman Avenue, Suite 500
8  Irvine, CA 92612-7108
   Telephone: 949.851.0633
9  Facsimile:  949.851.9348

10 Attorneys for Plaintiff and Counterdefendant
   HARDY LIFE, LLC and Counterdefendant
11 DONALD EDWARD HARDY

12

13               UNITED STATES DISTRICT COURT

14         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 15  HARDY LIFE, LLC, a California limited liability company, | CASE NO. CV08 03524 PA (CTx) |
| 16  Plaintiff, | Assigned to the Honorable Percy Anderson |
| 17  v. | |
| 18  NERVOUS TATTOO, INC., a California corporation; CHRISTIAN AUDIGIER, INC., a California corporation; CHRISTIAN AUDIGIER, a California resident, BACKSTAGE WEB, INC., a California Corporation; SHOP ON STAGE, INC., a California Corporation; and Does 1-10, inclusive, | **NOTICE OF MOTION AND MOTION TO STRIKE NERVOUS TATTOO'S SIXTH, SEVENTH, EIGHTH AND NINTH COUNTERCLAIMS** |
| 19 | Date: November 10, 2008 |
| 20 | Time: 1:30 p.m. |
| 21 | Ctrm.: 15 |
| 22 | First Amended Complaint filed: August 4, 2008 |
| 23 | |
| 24  Defendants. | Trial Date: June 9, 2009 |
| 25 | |
| 26  AND RELATED COUNTERCLAIMS. | [Declaration of Elliot Silverman and Memorandum of Points and Authorities served concurrently herewith] |
| 27 | |
| 28 | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on Monday, November 10, 2008, at 1:30 p.m. or as soon thereafter as the matter may be heard by the above-entitled Court, located at 312 North Spring Street, Los Angeles, California 90012, plaintiff and counterdefendant Hardy Life, LLC ("Hardy Life") and counterdefendant Donald Edward Hardy will, and hereby do, move for an order striking the Sixth, Seventh, Eighth and Ninth Counterclaims of defendant and counterclaimant Nervous Tattoo, Inc. ("Nervous Tattoo") pursuant to Section 425.16 of the California Code of Civil Procedure.

The Sixth, Seventh and Eighth counterclaims, although purporting to state claims for intentional interference with actual and prospective economic advantage; unfair competition in violation of California Business & Professions Code §17200; and common law unfair competition, respectively, in fact allege no purportedly tortious conduct beyond Hardy Life's filing of this lawsuit and service of discovery requests on Nervous Tattoo's sublicensees and other witnesses. Such conduct is absolutely privileged under California's litigation privilege, California Civil Code §47(b), and Nervous Tattoo's Sixth, Seventh and Eighth Counterclaims are therefore subject to a special motion to strike. The Ninth Counterclaim, seeking injunctive relief, also incorporates these same allegations and is therefore also subject to this motion to strike.

This motion is filed following the conference of counsel pursuant to L.R. 7-3 which took place on September 16, 2008.

This motion will be based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Elliot Silverman served concurrently herewith; all pleadings, papers and records filed in this action; the argument of counsel; and any further evidence as the Court may consider at or before the hearing on this Motion.

Dated: October 14, 2008

Rita W. Siamas  
Elliot Silverman  
John J. Dabney  
McDERMOTT WILL & EMERY LLP

By: /s/ Elliot Silverman  
    ELLIOT SILVERMAN

Attorneys for Plaintiff and counterdefendant HARDY LIFE, LLC and counterdefendant DONALD EDWARD HARDY

ORC 448648-1.080717.0011