1  RITA W. SIAMAS (State Bar No. 232396)
   rsiamas@mwe.com
2  JOHN J. DABNEY (Admitted *Pro Hac Vice*)
   jdabney@mwe.com
3  McDERMOTT WILL & EMERY LLP
   600 Thirteenth Street, N.W.
4  Washington, D.C. 20005-3096
   Telephone: 202.756.8000
5  Facsimile: 202.756.8087

6  ELLIOT SILVERMAN (State Bar No. 222235)
   esilverman@mwe.com
7  McDERMOTT WILL & EMERY LLP
   18191 Von Karman Avenue, Suite 500
8  Irvine, CA 92612-7108
   Telephone: 949.851.0633
9  Facsimile: 949.851.9348

10 Attorneys for Plaintiff and Counterdefendant
   HARDY LIFE, LLC and Counterdefendant
11 DONALD EDWARD HARDY

12

13              UNITED STATES DISTRICT COURT

14       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

| HARDY LIFE, LLC, a California limited liability company, | **CASE NO. CV08 03524 PA (CTx)** |
|---|---|
| Plaintiff, | Assigned to the Honorable Percy Anderson |
| v. | **HARDY LIFE, LLC'S NOTICE OF MOTION AND MOTION TO STRIKE CERTAIN OF DEFENDANTS' AFFIRMATIVE DEFENSES** |
| NERVOUS TATTOO, INC., a California corporation; CHRISTIAN AUDIGIER, INC., a California corporation; CHRISTIAN AUDIGIER, a California resident, BACKSTAGE WEB, INC., a California Corporation; SHOP ON STAGE, INC., a California Corporation; and Does 1-10, inclusive, | |
| Defendants. | Date: November 10, 2008<br>Time: 1:30 p.m.<br>Courtroom: 15 |
| | Complaint filed: May 29, 2008<br>Trial Date: June 9, 2009 |
| AND RELATED COUNTERCLAIMS. | [Memorandum of Points and Authorities, Declaration of Rita W. Siamas, and [Proposed] Order served concurrently herewith] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on Monday, November 10, 2008, at 1:30 p.m. or as soon thereafter as the matter may be heard by this Court, Plaintiff Hardy Life, LLC will, and hereby does, move for an order striking affirmative defenses numbered 4-7, 9, 12-13, 16-18, 24-30, 35 and 40 asserted by defendants Nervous Tattoo, Inc., Christian Audigier, Inc., Backstage Web, Inc. and Shop on Stage, Inc. ("Defendants") in their Answer to Hardy Life's First Amended Complaint, as detailed in the accompanying Memorandum.

As explained in detail in the accompanying Memorandum, many of Defendants' affirmative defenses are legally baseless or improperly plead. For example, Defendants have alleged that this Court lacks subject matter jurisdiction over this action and that venue is improper, even though the Court has already issued an Order establishing that the Court possesses subject matter jurisdiction and that venue is proper. Moreover, Defendants themselves have invoked the jurisdiction of this Court on multiple occasions. Other affirmative defenses pled by Defendants, *e.g.*, estoppel, willful misconduct, abandonment and unclean hands, lack any factual basis whatsoever.

Per the requirements of Local Rule 7-3, this motion is being filed following the conference of counsel which occurred on September 16, 2008.

This motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; all pleadings, papers and records filed in this action; the argument of counsel; and any further evidence as the Court may consider at or before the hearing on this Motion.

Dated: October 14, 2008

Respectfully Submitted,

McDERMOTT WILL & EMERY LLP

By: _____/s/ Rita W. Siamas_____
RITA W. SIAMAS
Attorneys for Plaintiff and Counterdefendant
HARDY LIFE, LLC

WDC99 1638324-1.080717.0011