RITA W. SIAMAS (State Bar No. 232396)
rsiamas@mwe.com
JOHN J. DABNEY (Admitted *Pro Hac Vice*)
jdabney@mwe.com
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8000
Facsimile: 202.756.8087

ELLIOT SILVERMAN (State Bar No. 222235)
esilverman@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone: 949.851.0633
Facsimile: 949.851.9348

Attorneys for Plaintiff and Counterdefendant
HARDY LIFE, LLC and Counterdefendant
DONALD EDWARD HARDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HARDY LIFE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NERVOUS TATTOO, INC., a California corporation; CHRISTIAN AUDIGIER, INC., a California corporation; CHRISTIAN AUDIGIER, a California resident, BACKSTAGE WEB, INC., a California Corporation; SHOP ON STAGE, INC., a California Corporation; and Does 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **CASE NO. CV08 03524 PA (CTx)**<br><br>Assigned to the<br>Honorable Percy Anderson<br><br>**HARDY LIFE, LLC'S NOTICE OF MOTION AND MOTION TO STRIKE CERTAIN OF CHRISTIAN AUDIGIER'S AFFIRMATIVE DEFENSES**<br><br>Date: November 3, 2008<br>Time: 1:30 p.m.<br>Ctrm.: 15<br><br>Complaint filed: May 29, 2008<br>Trial Date: June 9, 2009<br><br>[Memorandum of Points and Authorities, Declaration of Rita W. Siamas, and [Proposed] Order served concurrently herewith] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on Monday, November 10, 2008, at 1:30 p.m. or as soon thereafter as the matter may be heard by this Court, Plaintiff Hardy Life, LLC ("Hardy Life") will, and hereby does, move for an order striking Christian Audigier's affirmative defenses numbered 4-7, 9, 13, 16-18, 24-27 and 34-35 set forth in his Answer to Hardy Life's First Amended Complaint, as detailed in the accompanying Memorandum.

As explained in detail in the accompanying Memorandum, many of Mr. Audigier's affirmative defenses are legally baseless or improperly plead. For example, Mr. Audigier alleges that this Court lacks subject matter jurisdiction over this action and that venue is improper, even though the Court has already issued an Order establishing that the Court possesses subject matter jurisdiction and that venue is proper. Moreover, the other defendants in this action, companies controlled and owned by Mr. Audigier, have invoked the jurisdiction of this Court on multiple occasions. Other affirmative defenses pled by Mr. Audigier, *e.g.,* estoppel, willful misconduct, abandonment and unclean hands, lack any factual basis whatsoever.

Per the requirements of Local Rule 7-3, this motion is being filed following the conference of counsel which occurred on September 16, 2008.

This motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Rita W. Siamas, all pleadings, papers and records filed in this action; the argument of counsel; and any further evidence as the Court may consider at or before the hearing on this Motion.

Dated: October 14, 2008

Respectfully Submitted,

McDERMOTT WILL & EMERY LLP

By:  /s/ Rita W. Siamas
RITA W. SIAMAS
Attorneys for Plaintiff and Counterdefendant
HARDY LIFE, LLC