**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3524 PA (CTx) | Date | November 4, 2008 |
|---|---|---|---|
| Title | Hardy Life, LLC v. Nervous Tattoo, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS

    Before the Court are plaintiff's Motions to Strike various affirmative defenses asserted by defendants (Docket Nos. 120 & 123). Plaintiff contends that certain affirmative defenses contained in the Answers filed by the defendants lack a sufficient factual basis or are otherwise improper. While arguments contained in the present Motions are, to one degree or another, supported by enough of a legal theory to avoid being considered patently frivolous, the Motions utterly fail to advance the litigation in any material way. Instead, these Motions, like so much of the activity engaged in by all of the parties in this action, reflect a willingness to devote nearly limitless resources in pursuit of the slightest tactical advantage. The Court simply does not have the resources to devote to such trivialities. At least at this stage of the proceedings, the Court concludes that the defendants' affirmative defenses are adequately alleged.

    Needless to say, pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument. The hearing calendared for November 10, 2008, is vacated, and the matters taken off calendar. The Motions are denied.

    The Court notes that defendant Nervous Tattoo has filed a First Amended Counterclaim. Plaintiff's Special Motion to Strike Nervous Tattoo's Sixth, Seventh, Eighth, and Ninth Counterclaims (Docket No. 115) is therefore denied as moot.

    IT IS SO ORDERED.