JAMES H. TURKEN (SBN 89618)
turkenj@dicksteinshapiro.com
AMY L RUBINFELD (SBN 145194)
rubinfelda@dicksteinshapiro.com
JOHN L. TUELL (SBN 208808)
tuellj@dicksteinshapiro.com
FAWN A. WRIGHT (SBN 246443)
wrightf@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorneys for Defendant and Counterclaimant NERVOUS TATTOO, INC. and Defendants CHRISTIAN AUDIGIER, INC.; BACKSTAGE WEB, INC. and SHOP ON STAGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDY LIFE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NERVOUS TATTOO, INC., a California corporation; CHRISTIAN AUDIGIER, INC., a California corporation; SHOP CRYSTAL ROCK, a California business entity; BACKSTAGE WEB, INC., a California corporation; SHOP ON STAGE, INC., a California corporation; CHRISTIAN AUDIGIER, a California resident, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV08 03524 PA (CTx)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING COUNTERCLAIMANT NERVOUS TATTOO, INC.'S SIXTH, SEVENTH AND EIGHTH AMENDED COUNTERCLAIMS WITHOUT PREJUDICE**<br><br>[Assigned to the Hon. Percy Anderson]<br><br>**Complaint Filed: May 29, 2008**<br>**First Amended Complaint Filed: August 4, 2008**<br>**Counterclaims Filed: August 21, 2008**<br>**First Amended Counterclaims Filed October 24, 2008**<br>**Trial Date: June 9, 2009** |

1

STIPULATION AND [PROPOSED] ORDER DIMISSING NERVOUS TATTOO, INC.'S SIXTH, SEVENTH AND EIGHTH COUNTERCLAIMS WITHOUT PREJUDICE

DOCSLA-35800v02

| | |
|---|---|
| 1 | NERVOUS TATTOO, INC., a California corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | vs. |
| 5 | HARDY LIFE, LLC, a California limited liability company; |
| 6 | STEPHEN HOEL, an individual; and DONALD EDWARD |
| 7 | HARDY, an individual, |
| 8 | Counterdefendants. |

## STIPULATION

WHEREAS, Counterclaimant Nervous Tattoo, Inc. ("Nervous Tattoo") filed its First Amended Counterclaims (the "Amended Counterclaims") on October 24, 2008;

WHEREAS, on November 6, 2008, counsel for Nervous Tattoo and counsel for Plaintiff and Counterclaim Defendant Hardy Life, LLC and Counterclaim Defendant Donald Edward Hardy (collectively, "Hardy Life") met and conferred, pursuant to Central District Civil L.R. 7-3 with respect to Hardy Life's contemplated special motion to strike and/or motion to dismiss certain of Nervous Tattoo's Amended Counterclaims;

WHEREAS, during that meeting of counsel, Hardy Life's counsel stated that Hardy Life would not file a special motion to strike, a motion to dismiss, or a motion otherwise challenging at this time Nervous Tattoo's Ninth Counterclaim (for injunctive relief) if Nervous Tattoo voluntarily agreed to dismiss its Sixth, Seventh and Eighth Amended Counterclaims (for Intentional Interference with Actual and Prospective Economic Advantage, California Unfair Competition and Common Law Unfair Competition, respectively) without prejudice; and

WHEREAS, on November 10, 2008, following that meeting of counsel, Nervous Tattoo agreed to dismiss voluntarily, without prejudice, its Sixth, Seventh

2

STIPULATION AND [PROPOSED] ORDER DIMISSING NERVOUS TATTOO, INC.'S SIXTH, SEVENTH AND EIGHTH COUNTERCLAIMS WITHOUT PREJUDICE

DOCSLA-35800v02

1 and Eighth Amended Counterclaims, in exchange for an agreement that each party will bear its own attorneys' fees and costs with respect to these dismissed Amended Counterclaims;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel of record, for themselves and on behalf of their respective clients in the above-captioned action, as follows:

1. Nervous Tattoo's Sixth, Seventh and Eighth Amended Counterclaims are hereby DISMISSED WITHOUT PREJUDICE;

2. Neither Hardy Life, LLC, Donald Edward Hardy ("Hardy") nor Steven Hoel ("Hoel") shall file a special motion to strike, a motion to dismiss, or a motion otherwise challenging at this time Nervous Tattoo's Ninth Amended Counterclaim, but reserve the right to challenge that Counterclaim at trial or by motion (i.e., for summary judgment) at a later date;

3. Hardy Life, LLC, Hardy and Hoel shall answer Nervous Tattoo's Ninth Amended Counterclaim within seven days after the execution of this Stipulation; and

4. The parties shall each bear their own costs of suit, including attorneys' fees, incurred to date with respect to Nervous Tattoo's Sixth, Seventh and Eighth Amended Counterclaims.

IT IS SO STIPULATED:

Dated: November 12, 2008

DICKSTEIN SHAPIRO LLP

By _____
James H. Turken
Amy L. Rubinfeld
Attorneys for Defendant and Counterclaimant NERVOUS TATTOO, INC. and Defendants CHRISTIAN AUDIGIER, INC.; BACKSTAGE WEB, INC. and SHOP ON STAGE, INC.

3

STIPULATION AND [PROPOSED] ORDER DIMISSING NERVOUS TATTOO, INC.'S SIXTH, SEVENTH AND EIGHTH COUNTERCLAIMS WITHOUT PREJUDICE

DOCSLA-35800v02

1  IT IS SO STIPULATED:

2  Dated: November 11, 2008            McDERMOTT WILL & EMERY LLP

3

4                                      By _____
5                                         Rita W. Siamas
                                          Elliot Silverman
6                                         John J. Dabney
7                                         Attorneys for Plaintiff HARDY LIFE,
                                          LLC and Counterclaim Defendants
8                                         HARDY LIFE, LLC and DONALD
9                                         EDWARD HARDY

10

11  IT IS SO STIPULATED:

12  Dated: _____       LAW OFFICES OF ARTHUR JARVIS
                                        COHEN
13

14

15                                      By _____
                                           Arthur Jarvis Cohen
16                                         Attorneys for Counterclaim Defendant
17                                         STEVEN HOEL

18

19

20

21

22

23

24

25

26

27

28

4
STIPULATION AND [PROPOSED] ORDER DIMISSING NERVOUS TATTOO, INC.'S SIXTH, SEVENTH AND EIGHTH
COUNTERCLAIMS WITHOUT PREJUDICE

DOCSLA-35800v02

1  IT IS SO STIPULATED:

2  Dated: _____     McDERMOTT WILL & EMERY LLP
3
4
                                      By_____
5                                        Rita W. Siamas
                                         Elliot Silverman
6                                        John J. Dabney
7                                        Attorneys for Plaintiff HARDY LIFE,
                                         LLC and Counterclaim Defendants
8                                        HARDY LIFE, LLC and DONALD
9                                        EDWARD HARDY

10
11 IT IS SO STIPULATED:

12 Dated: *Nov. 12, 2008*              LAW OFFICES OF ARTHUR JARVIS
13                                     COHEN
14
15                                    By_____
                                         Arthur Jarvis Cohen
16                                       Attorneys for Counterclaim Defendant
17                                       STEVEN HOEL

18
19
20
21
22
23
24
25
26
27
28
                                          4
   STIPULATION AND [PROPOSED] ORDER DIMISSING NERVOUS TATTOO, INC.'S SIXTH, SEVENTH AND EIGHTH
                          COUNTERCLAIMS WITHOUT PREJUDICE

# [PROPOSED] ORDER

Based on the foregoing **STIPULATION DISMISSING COUNTERCLAIMANT NERVOUS TATTOO, INC.'S SIXTH, SEVENTH AND EIGHTH AMENDED COUNTERCLAIMS WITHOUT PREJUDICE**, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1.  Nervous Tattoo, Inc.'s Sixth, Seventh and Eighth Counterclaims (as amended on October 24, 2008) are dismissed without prejudice.

2.  The parties shall each bear their own costs of suit, including attorneys' fees, incurred to date with respect to Nervous Tattoo's Sixth, Seventh and Eighth Amended Counterclaims.

IT IS SO ORDERED.

DATE:_____        _____
                            UNITED STATES DISTRICT COURT JUDGE

5
STIPULATION AND [PROPOSED] ORDER DIMISSING NERVOUS TATTOO, INC.'S SIXTH, SEVENTH AND EIGHTH COUNTERCLAIMS WITHOUT PREJUDICE

DOCSLA-35800v02