| | |
|---|---|
| 1 | RITA W. SIAMAS (State Bar No. 232396) |
|  | rsiamas@mwe.com |
| 2 | JOHN J. DABNEY (Admitted *Pro Hac Vice*) |
|  | jdabney@mwe.com |
| 3 | McDERMOTT WILL & EMERY LLP |
|  | 600 Thirteenth Street, N.W. |
| 4 | Washington, D.C. 20005-3096 |
|  | Telephone: 202.756.8000 |
| 5 | Facsimile: 202.756.8087 |
| 6 | ELLIOT SILVERMAN (State Bar No. 222235) |
|  | esilverman@mwe.com |
| 7 | McDERMOTT WILL & EMERY LLP |
|  | 18191 Von Karman Avenue, Suite 500 |
| 8 | Irvine, CA 92612-7108 |
|  | Telephone: 949.851.0633 |
| 9 | Facsimile: 949.851.9348 |
| 10 | Attorneys for Plaintiff and Counterdefendant |
|  | HARDY LIFE, LLC and Counterdefendant |
| 11 | DONALD EDWARD HARDY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HARDY LIFE, LLC, a California limited liability company, | **CASE NO. CV08 03524 PA (CTx)** |
| Plaintiff, | Assigned to the Honorable Percy Anderson |
| v. | **DECLARATION OF RITA W. SIAMAS IN SUPPORT OF HARDY LIFE, LLC'S MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT** |
| NERVOUS TATTOO, INC., a California corporation; CHRISTIAN AUDIGIER, INC., a California corporation; CHRISTIAN AUDIGIER, a California resident, BACKSTAGE WEB, INC., a California Corporation; SHOP ON STAGE, INC., a California Corporation; and Does 1-10, inclusive, | |
| Defendants. | Date: January 5, 2009<br>Time: 1:30 p.m.<br>Ctrm.: 15 |
| | First Amended Complaint filed: August 4, 2008<br>TRIAL DATE: JUNE 9, 2009 |
| AND RELATED COUNTERCLAIMS. | [Notice of Motion and Motion and Memorandum of Points and Authorities served concurrently herewith] |

DECLARATION OF RITA W. SIAMAS                                             CV08 03524 PA (CTx)

I, RITA W. SIAMAS, declare as follows:

1. I am an attorney admitted to practice in the State of California and before this Court. I am an associate with the law firm of McDermott Will & Emery LLP, counsel for Plaintiff and Counterdefendant Hardy Life, LLC ("Hardy Life") and Counterdefendant Donald Edward Hardy.

2. If called as a witness, I could and would competently testify to the facts set forth below as I know each to be true based upon my own personal knowledge.

3. On November 24, 2008, I notified Defendants that Hardy Life it was contemplating making amendments to its First Amended Complaint and requested a conference to discuss such amendments.

4. On November 25, 2008, I participated in a teleconference with counsel for defendants Nervous Tattoo, Inc., Christian Audigier, Inc., Backstage Web, Inc., and Shop on Stage, Inc. ("Corporate Defendants") to discuss Hardy Life's proposed amendments to its First Amended Complaint. During the conference with Corporate Defendants, I detailed the additional factual bases Hardy Life proposed adding and explained that it did not contemplate adding additional parties or additional causes of action, as its additional factual bases supported its existing causes of action. The Corporate Defendants stated that they would consider Hardy Life's proposed amendments.

5. I participated in second teleconference with the Corporate Defendants on December 2, 2008. On December 3, 2008, the Corporate Defendants informed Hardy Life that they would not stipulate to Hardy Life filing an amended complaint.

6. As Mr. Audigier's counsel was unavailable to participate in the November 25 teleconference, I sent an email to Mr. Audigier's counsel on December 2, 2008, outlining the proposed amendments as they related to Mr.

Audigier.

7. On December 12, 2008, I spoke with Mr. Audigier's counsel via teleconference. At the end of the conference, Mr. Audigier's counsel notified Hardy Life that Mr. Audigier would not agree to Hardy Life filing an amended complaint containing the new factual allegations against Mr. Audigier as proposed. *Id.*

8. Attached as Exhibit A is a true and correct copy of Hardy Life's August 4, 2008 First Amended Complaint.

9. Attached as Exhibit B is a true and correct copy of Hardy Life's proposed Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, DC on December 15, 2008.

/s/ Rita W. Siamas

Rita W. Siamas

WDC99 1662692-1.080717.0011

DECLARATION OF RITA W. SIAMAS

- 3 -

CV08 03524 PA (CTx)