# EXHIBIT 4

Siamas Dec., P.84

# EXHIBIT 4

## Examples of Defendants' unauthorized products, labels, tags, packaging and promotional materials

### Examples of Unauthorized Products





Siamas Dec., P.85





Siamas Dec., P.86





Siamas Dec., P.87





Siamas Dec., P.88





Siamas Dec., P.89





Siamas Dec., P.90





Siamas Dec., P.91





Siamas Dec., P.92



Siamas Dec., P.93

**Examples of Unauthorized Product Packaging, Tags, Labels**





Siamas Dec., P.94





Siamas Dec., P.95

**Examples of Unauthorized Advertising and Promotional Materials**





Siamas Dec., P.96





Siamas Dec., P.97





Siamas Dec., P.98





Siamas Dec., P. 99





Siamas Dec., P.100

Case 2:08-cv-03524-PA-CT Document 151-6 Filed 12/15/08 Page 18 of 18 Page ID
Case 2:08-cv-03524-PA-CT Document 26-74 Filed 08/04/2008 Page 18 of 18
#:2674





Siamas Dec., P.101