JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**
**AMENDED**

| Case No. | CV 08-3524 PA (CTx) | Date | January 12, 2009 |
|---|---|---|---|

| Title | Hardy Life, LLC v. Nervous Tattoo, Inc., et al. |
|---|---|

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Paul Songco | Leandra Amber | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elliot Silverman | James Turken |
| Arthur Cohen | Rebecca Calkins |

**Proceedings:**      STATUS CONFERENCE

    Case is called and appearances are made.  Court and counsel confer regarding status of the case.  Pursuant to the parties' stipulation, the Court orders the case dismissed without prejudice.

    IT IS SO ORDERED.

:12
Initials of Deputy Clerk:   PS